UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                  21 Cr. 525-03 (LGS)

    TERRELL GRIFFIN,                  SCHEDULING ORDER
                              Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that Defendant Terrell Griffin's sentencing hearing shall be held on **January 25, 2022**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **January 4, 2022**. The Government's pre-sentencing submission, if any, shall be filed by **January 7, 2022.**

Dated:  October 6, 2021
          New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE