```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:21-CR-00525-LGS-3
     -against-                      :   ORDER
                                    :
Terrell Griffin                     :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Lorna G. Schofield, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include drug testing and treatment as directed by Pretrial Services.

Dated: New York, New York
November 8, 2021

SO ORDERED:

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**