UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :
                                                            :  21 Cr. 525-03 (LGS)
                   -against-                                :
                                                            :  ORDER
   TERRELL GRIFFIN,                                         :
                                     Defendant,             :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for March 14, 2022, is adjourned to **April 5, 2022, at 4:00 p.m.**

Dated: March 10, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**