UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                      -against-

    TERRELL GRIFFIN,
                                  Defendant,
------------------------------------------------------------X

21 Cr. 525-03 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for April 5, 2022, is adjourned to **May 2, 2022, at 4:30 p.m.**

Dated: April 4, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE