Probation Form No. 35                                    Report and Order Terminating Probation /
(1/92)                                                                         Supervised Release
                                                                  Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                 Docket No. 1:21-CR-525-003 (LGS)

Terrell Griffin

On May 12, 2022, the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Terrell Griffin be discharged from Supervised Release.

Respectfully submitted,

by _____
Alexandria Hirsch
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this  18th  day of  June , 2024 .

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**